158 P.3d 300

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 10, 2007**

| 27011 | State v. Cambra | Affirmed |
|---|---|---|

**May 16, 2007**

| 27960 | Pollock v. Pollock | Affirmed |
|---|---|---|

**May 17, 2007**

| 28027 | State v. Kahle | Affirmed |
|---|---|---|
| 26634 | Wells Fargo Home Mortg., Inc. v. De Rego | Affirmed |

**May 21, 2007**

| 27589 | Ellis v. Ellis | Affirmed |
|---|---|---|
| 27634 | State v. Soma | Affirmed |

**May 24, 2007**

| 28021 | J.T., In re | Affirmed |
|---|---|---|
| 27723 | State v. Latu | Affirmed |

**May 25, 2007**

| 26842 | State v. Lee | Affirmed |
|---|---|---|